## Commonwealth ex rel. Fromm, Appellant, *v.* Fromm.

Argued November 11, 1965. *Thomas A. Beckley,* with him *Rhoads, Sinon & Reader,* for appellant; *Marx S. Leopold,* with him *Schaeffer, Purcell & Clouser,* for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Gibbens, Appellant, *v.* Russell.

Submitted November 8, 1965.
*Robert W. Gibbens, Sr.,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gibbs, Appellant, *v.* Russell.

Submitted November 8, 1965.
*Clayton Gibbs,* appellant, in propria persona; *Vincent J. Pepicelli,* District Attorney, for appellee.

Order affirmed.